IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

JEREMY GREY,

    Plaintiff,

v.                                                                  Case No.: 2:22-cv-02124

WALNUT GROVE LLC,

    Defendant.

## STIPULATION OF DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 13th day of July, 2022.

                                                           RESPECTFULLY SUBMITTED;

                                                           */s/Davis A. Stephenson*
                                                           DAVIS A. STEPHENSON  #039015
                                                           Attorney for Plaintiff
                                                           208 Adams Avenue
                                                           Memphis, Tennessee 38103
                                                           (901) 523-1844 – phone
                                                           (901) 523-1857 – fax
                                                           alex@wcwslaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of July, 2022, the foregoing document is being served this day on the Defendant, Walnut Grove LLC, via electronic mail and first-class mail, postage prepaid.

*/s/ Davis A. Stephenson*