# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JEREMY GREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-02124-JPM-cgc |
| v. ) | |
| ) | |
| WALNUT GROVE LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the "Stipulation of Dismissal" filed by Plaintiff on July 13, 2022. (ECF No. 11.) Plaintiff states that the Parties have reached a settlement in this matter and "stipulate to the dismissal of the action with prejudice." (Id.) Plaintiff states that this resolution is "pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure." (Id.) Although defense counsel has not signed the "Stipulation of Dismissal," Defendant had not "serve[d] either an answer or a motion for summary judgment in the case." See Fed. R. Civ. P. 41(a)(1)(A)(i)–(ii). Plaintiff was therefore entitled to dismiss the case by filing a notice of dismissal signed only by Plaintiff. See id. 41(a)(1)(A)(i). Accordingly, this action is hereby DISMISSED WITH PREJUDICE, costs taxed as paid.

**IT IS SO ORDERED**, this 14th day of July, 2022.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE