# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JEREMY GREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:22-cv-02124-JPM-cgc |
| v. ) | |
| ) | |
| WALNUT GROVE LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's "Stipulation of Dismissal," filed on July 13, 2022 (ECF No. 11), and the Court having entered an Order of Dismissal with Prejudice (ECF No. 12),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is hereby DISMISSED WITH PREJUDICE.

**APPROVED:**

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

July 14, 2022
Date